DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Glascoe<br><br>Case below:<br>177 N.C. App. 565 | No. 332P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1145)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br><br>2. Allowed 03/08/07<br><br>3. Denied 03/08/07 |
| --- | --- | --- | --- |
| State v. Gwynn<br><br>Case below:<br>182 N.C. App. ——<br>(20 March 2007) | No. 158P07 | AG's Motion for Temporary Stay (COA06-403) | 1. Allowed 04/04/07 |
| State v. Hall<br><br>Case below:<br>177 N.C. App. 463 | No. 245A06 | 1. Def's NOA Based Upon A Constitutional Question (COA05-654)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed 03/08/07<br><br>**Hudson, J., Recused** |
| State v. Harrison<br><br>Case below:<br>179 N.C. App. 654 | No. 578P06 | Def's PDR Under N.C.G.S. 7A-31 (COA05-897) | Denied 05/03/07 |
| State v. Hendricks<br><br>Case below:<br>181 N.C. App. 150 | No. 087P07 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1465)<br><br>2. AG's Motion to Dismiss Purported Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br><br>2. Allowed 03/08/07<br><br>3. Denied 03/08/07 |
| State v. Hodges<br><br>Case below:<br>180 N.C. App. 692 | No. 035P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-30) | Denied 05/03/07 |
| State v. Holmes<br><br>Case below:<br>180 N.C. App. 474 | No. 641P06 | 1. Def-Appellant's PDR (COA06-51)<br><br>2. Def's Motion to Strike State's Response | 1. Denied 03/08/07<br><br>2. Dismissed as Moot |